FILED
HARRISBURG, PA
NOV 15 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CAROL CRAGO,

        Plaintiff,

vs.

PA. DEPARTMENT OF GENERAL SERVICES,

        Defendant.

CASE NO. 1:04-CV-1728

(Judge Christopher Connor)

Electronically Filed

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between counsel for all parties hereto subject to the approval of the Court, as follows:

1.    All claims presented by the complaint herein shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2.    Each party shall bear his or its own costs and attorneys' fees.

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA  17102
Phone: 717-238-1657


By: /s/ Maggi E. Colwell
 MAGGI E. COLWELL
 Attorney for the Plaintiff


Commonwealth of Pennsylvania
Office of the Attorney General
Strawberry Square, 15th Floor
Civil Litigation Section
Harrisburg, PA  17120
Phone: 717-783-1471


By: /s/Timothy P. Keating
 TIMOTHY P. KEATING
 Attorney for the Defendant


SO ORDERED:

_____
United States District Judge

Dated: 11/15/05